1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DAVID FUSON,                              CASE NO. CV F 06-0766 AWI LJO

12               Plaintiff,                    PRELIMINARY SCHEDULING ORDER

13        vs.

14   C.L. BRYANT, et al.,

15               Defendants.
                                          /
16

17        This Court conducted a preliminary scheduling conference on October 25, 2006 in Department

18   8 (LJO).  Plaintiff David Fuson ("plaintiff") appeared by telephone by counsel Jerry N. Budin, Law

19   Offices of Jerry Budin.  Defendants C.L. Bryant and C. Bryant Transportation, Inc. appeared by

20   telephone by counsel Daniel F. Pyne and Jennifer Lotz, Hopkins & Carley.

21        This action arises from defendants' alleged failure to pay overtime compensation to plaintiff and

22   other similarly situated truck drivers.  After discussion with counsel, this Court SETS:

23        1.    A March 17, 2007 cutoff for discovery regarding class certification only;

24        2.    The following briefing schedule for class certification:

25              a.    April 16, 2007  – Deadline to file motion for class certification;

26              b.    April 30, 2007 – Deadline to file opposition to motion for class certification; and

27              c.    May 7, 2007 – Deadline to file reply for motion for class certification; and

28        3.    A hearing on May 21, 2007 at 8:30 a.m. in Department 8 (LJO) on plaintiff's anticipated

                                            1

1      motion for class certification.

2           This Court DIRECTS the parties, after determination of the class certification issue, to jointly

3   contact the Court to set a conference to set further discovery, motion, trial and related dates.

4           IT IS SO ORDERED.

5   **Dated:      October 25, 2006**           **/s/ Lawrence J. O'Neill**
   66h44d                           UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28