IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FUSON, individually and on
behalf of all others similarly situated,

        Plaintiff,                           CV F 06 0766 LJO WMW

  vs.                                   AMENDED SCHEDULING ORDER

C. . BRYANT, et al.,

        Defendants.

        On October 25, 2006, a preliminary scheduling conference was held and the following deadlines related to class discovery and class certification were ordered:

        1.  A March 17, 2007 cutoff for discovery regarding class certification only.

        2.  The following briefing schedule for class certification:

            a.  April 16, 2007 - Deadline to file motion for class certification;

            b.  April 30, 2007 - Deadline to file opposition to motion for class certification; and

            c.  May 7, 2007 - Deadline to file reply to motion for class certification.

        3.  A hearing on May 21, 2007 at 8:30 a.m. in Department 8 on Plaintiff's anticipated motion for class certification.

1

4. The parties have agreed to engage in good faith settlement discussions over approximately the next 60 days.

Plaintiff David Fuson and Defendants C.L. Bryant and C. Bryant Transport, Inc., through their respective attorneys of record, agree to the following:

1. That the current deadlines related to class discovery and Plaintiff's anticipated motion for class certification should be extended for a periof of approximately 60 days, as set forth below, to allow the parties to engage in good faith settlement discussions.

    a. The cutoff for discovery regarding class certification only should be extended to May 17, 2007.

    b. The deadline to file a motion for class certification should be extended to June 18, 2007.

    c. The deadline to file an opposition to the motion for class certification should be extended to July 2, 2007.

    d. The deadline to file a reply to the motion for class certification should be extended to July 9, 2007.

    e. The hearing on Plaintiff's anticipated motion be continued to July 23, 2007.[1]

2. During the period in which the parties are engaged in good faith settlment discussions pursuant to this stipulation, the statute of limitations under the Fair Labor Standards Act (FLSA) will be tolled. Defendants, through their counsel of record, may revoke this agreement to toll the statute of limitations by providing 14 days, written notice of such revocation to Plaintiff's counsel of record.

---

[1] The parties are advised that due to the appointment of Judge O'Neill to the U.S. District Court, this case has been temporarily referred to U.S. Magistrate Judge William Wunderlich. The hearing should be set for July 28, 2007, at 1:30. Should that date be unacceptable, the parties are advised that civil motions will be heard on the second and fourth Thursdays of the month at 1:30 p.m. in Dept. 8.

Pursuant to the above stipulation, the current deadlines related to class discovery and Plaintiff's anticipated motion for class certification are extended for a period of 60 days as set forth above, to allow the parties the opportunity to engage in good faith settlement discussions.

IT IS SO ORDERED.

**Dated:   March 13, 2007**                             **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE