Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorneys for Plaintiff,
DAVID FUSON, et al.

Daniel F. Pyne (State Bar No. 131955)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Defendants
C.L. BRYANT and C. BRYANT TRANSPORT, INC.

UNITED STATES DISTRICT COURT

EASTERN OF CALIFORNIA

| | |
|---|---|
| DAVID FUSON, individually and on behalf of all others similarly-situated,,<br><br>Plaintiff,<br><br>v.<br><br>C.L. BRYANT, C. BRYANT TRANSPORT, INC., and DOES 1 through 100,,<br><br>Defendants. | CASE NO. 1:06-cv-00766 LJO SMS<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER**<br><br>(Note: change in hearing date to August 20, 2007) * |

On March 13, 2007, this Court amended the Scheduling Order in this matter to allow the

parties to engage in good-faith settlement discussions (See Doc. 16).

The parties are now and have been engaged in serious good-faith settlement discussions

and, therefore, request that the Court, once again, amend its Scheduling Order to allow the parties

PDF created with pdfFactory trial version www.pdffactory.com

1  to continue those discussions.

2  The parties request the following four amendments:

3  1.  The deadline for plaintiff to file his Motion For Class Certification be extended
4      four weeks to July 16, 2007.

5  2.  Defendants' deadline to file an opposition to the Motion For Class Certification be
6      extended four weeks to July 30, 2007.

7  3.  Plaintiff's deadline to file a reply, if any, be extended four weeks to August 6,
8      2007.

9  4.  Hearing on plaintiff's Motion For Class Certification be continued to August 13,
10     2007.

11  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  June 13, 2007                     LAW OFFICES OF JERRY BUDIN

                                          /s/ Jerry Budin
                                          _____
                                          Jerry Budin
                                          Attorneys for Plaintiff
                                          DAVID FUSON


Dated:  June 13, 2007                     HOPKINS & CARLEY

                                           /s/ Daniel F. Pyne
                                          _____
                                          Daniel F. Pyne
                                          Attorneys for Defendants
                                          C. L. BRYANT AND C. BRYANT,
                                          TRANSPORT, INC.

## ORDER

The Court, having read and considered the above stipulation and finding good cause therefrom,

HEREBY ORDERS that the current deadlines related to plaintiff's anticipated Motion For Class Certification are extended by four weeks as set forth below:

1.  The deadline for plaintiff to file his Motion For Class Certification is extended four

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

1     weeks to July 16, 2007.

2     2. Defendants' deadline to file an opposition to the Motion For Class Certification is

3     extended four weeks to July 30, 2007.

4     3. Plaintiff's deadline to file a reply, if any, is extended four weeks to August 6, 2007.

5     4. Hearing on plaintiff's Motion For Class Certification is continued to **AUGUST 20,**

6     **2007 at 8:30a.m. before Judge O'Neill*.** Note: the Court is not available August

7     13, 2007.

Dated: 6/20/2007

                                   /s/ Sandra M. Snyder
                                   Sandra M. Snyder
                                   United States Magistrate Judge

- 3 -

STIPULATION TO AMEND SCHEDULING ORDER; [ PROPOSED] ORDER         CASE NO. CV-F-06-0766 LJO SMS

PDF created with pdfFactory trial version www.pdffactory.com