Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiff,
DAVID FUSON, et al.

UNITED STATES DISTRICT COURT

EASTERN OF CALIFORNIA

| | |
|---|---|
| DAVID FUSON, individually and on behalf of all others similarly-situated,, <br><br> Plaintiff, <br><br> v. <br><br> C.L. BRYANT, C. BRYANT TRANSPORT, INC., and DOES 1 through 100,, <br><br> Defendants. | CASE NO. CV-F-06-0766 LJO SMS <br><br> **EX PARTE APPLICATION TO AMEND SCHEDULING ORDER; ORDER** |

On March 13, 2007 (See Doc. 16) and then, again, on June 20, 2007 (See Doc. 20), this Court amended the Scheduling Order in this matter to extend the deadlines for the filing and hearing of plaintiff's class certification motion.

Pursuant to the last amendment, the Court set the following schedule:

1. The deadline for plaintiff to file his Motion For Class Certification is July 16, 2007.

2. Defendants' deadline to file an opposition to the Motion For Class Certification is July 30, 2007.

3. Plaintiff's deadline to file a reply, if any, is August 6, 2007.

4. Hearing on plaintiff's Motion For Class Certification is August 20, 2007.

At the time that plaintiff's counsel submitted the last stipulation to amend the scheduling order (See Doc. 20), he failed to recognize that he had a previously scheduled, pre-paid vacation for the period commencing on July 30, 2007 and extending through August 6, 2007.  As a result

of the vacation, plaintiff's counsel will be out of the office on both the date that defendants' opposition papers are due (July 30) and on the date that plaintiff's reply papers are due (August 6).  Accordingly, plaintiff's counsel requests that the Scheduling Order be amended to extend the deadline for filing and serving plaintiff's reply papers to and including August 13, 2007.  This extension will allow plaintiff's counsel the normal one-week period in which to reply to opposition papers under Local Rule 78-230(d) and will also satisfy that rule's requirement that reply papers be served and filed no less than five (5) court days preceding the date of the hearing (scheduled for August 20, 2007).In conclusion, extending the deadline for plaintiff's reply papers will cause no prejudice to any party or to the Court and, therefore, it is respectfully requested that this ex parte application be granted.

Dated:  June 13, 2007 LAW OFFICES OF JERRY BUDIN

/s/ Jerry Budin

---

Jerry Budin

Attorneys for Plaintiff
DAVID FUSON

ORDER

The Court, having read and considered the above ex parte application and finding good cause therefrom,

HEREBY ORDERS that plaintiff's deadline to file and serve a reply, if any, is extended to August 13, 2007.

IT IS SO ORDERED.

Dated:   July 24, 2007              /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE