Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorneys for Plaintiff,
DAVID FUSON, individually
and on behalf of all others
similarly-situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| DAVID FUSON, individually and on behalf of all others similarly-situated, | ) CASE NO. CV F 06-0766 LJO SMS<br>)<br>) NOTICE OF SETTLEMENT AND<br>) REQUEST TO DROP MOTION FROM<br>) CALENDAR; ORDER |
| Plaintiff, | ) |
| vs. | )<br>) |
| C.L. BRYANT, C. BRYANT TRANSPORT, INC., and DOES 1 through 100, | )<br>) |
| Defendants. | )<br>) |

        Plaintiff, David Fuson, hereby gives notice that the parties

herein have reached a settlement in this class and collective

action, subject to the Court's preliminary and final approval.

        The plaintiff requests that the Court remove from its calendar

the pending motion for class certification and grant plaintiff to

and including September 14, 2007 to file his motion for preliminary

///

///

1   approval of the settlement.

2   Dated: August 7, 2007

3

4                                    LAW OFFICE OF JERRY BUDIN

5

6                                    /s/ Jerry Budin_____
                                     JERRY BUDIN
7                                    Attorney for Plaintiff,
                                     DAVID FUSON, et al.,
8                                    individually and on behalf
                                     of all others similarly-situated

9

10                                  **ORDER**

11       Plaintiff shall file his motion for preliminary approval of

12   the settlement on or before September 14, 2007.

13       IT IS SO ORDERED.

14   **Dated:    August 7, 2007**            _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28