1  Jerry N. Budin
   State Bar No. 88539
2  LAW OFFICE OF JERRY BUDIN
   2401 E. Orangeburg Ave., Suite 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4
   Attorney for Plaintiff,
5  DAVID FUSON, individually
   and on behalf of all others
6  similarly-situated

7  Daniel F. Pyne III, Esquire
   State Bar No. 131955
8  Hopkins & Carley
   P.O. Box 1469
9  San Jose, CA 95109-1469
   Telephone: (408) 286-9800
10 Facsimile: (408) 998-4790

11 Attorneys for Defendants,
   C.L. BRYANT, C. BRYANT TRANSPORT, INC.
12

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15
                          (Fresno Division)
16

17
   DAVID FUSON, individually      ) CASE NO. CV F 06-0766 LJO SMS
18 and on behalf of all others    )
   similarly-situated,            ) STIPULATION TO SHORTEN TIME
19                                ) FOR FILING AND SERVING MOTION
              Plaintiff,           ) FOR PRELIMINARY APPROVAL OF
20                                ) CLASS ACTION SETTLEMENT;
   vs.                            ) ORDER
21                                )
   C.L. BRYANT, C. BRYANT TRANSPORT,)
22 INC., and DOES 1 through 100,  )
                                  )
23            Defendants.          )
   _____)
24

25      It is hereby stipulated by and between the parties, through

26 their respective attorneys, that a settlement in this class action

27 has been reached and that plaintiff will be filing a motion for

28 preliminary approval of the settlement on or before September 14,

STIPULATION TO SHORTEN TIME FOR FILING AND SERVING             CASE NO. CV F 06-0766 LJO SMS
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT; [PROPOSED] ORDER

1  2007.

2  It is further stipulated that given the motion will be
3  <u>unopposed</u>, the parties request that the Court shorten the normal
4  time for the filing and serving of a notice of motion from 28 days
5  to 14 days.

6  Dated: September 10, 2007        LAW OFFICE OF JERRY BUDIN

7

8                                   /s/ Jerry Budin_____
                                    JERRY BUDIN
9                                   Attorney for Plaintiff,
                                    DAVID FUSON
10

11

12 Dated: September 10, 2007        HOPKINS & CARLEY

13

14                                  /s/David F. Pyne_____
                                    DANIEL F. PYNE III
15                                  Attorneys for Defendants,
                                    C.L. BRYANT and C. BRYANT
16                                  TRANSPORT, INC.

17

18                              **ORDER**

19  The Court, having read and considered the above stipulation
20 and finding good cause therefrom, orders that plaintiff may file
21 and serve his Motion For Preliminary Approval Of Class Action
22 Settlement on shortened notice of 14 days.  Hearing on the motion
23 is set for October 2, 2007 at 8:30am in Department Four (LJO).

24

25      <u>IT IS SO ORDERED.</u>

26 **Dated:    September 11, 2007**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE
27

28