1  Jerry N. Budin
   State Bar No. 88539
2  LAW OFFICE OF JERRY BUDIN
   2401 E. Orangeburg Ave., Suite 675-309
3  Modesto, California 95354
   Telephone: (209) 544-3030
4
   Attorney for Plaintiff,
5  DAVID FUSON, et al.

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                         (Fresno Division)

11

12 DAVID FUSON, individually        ) CASE NO. CV-F-06-0766 LJO SMS
   and on behalf of all others     )
13 similarly-situated,              ) ORDER AND JUDGMENT
                                    ) ON FINAL APPROVAL OF CLASS
14                Plaintiff,        ) ACTION SETTLEMENT
                                    )
15 vs.                              )
                                    )
16 C.L. BRYANT, et al.,             )
                                    )
17                Defendants.       )
                                    )
18

19      Pursuant to the Order On Preliminary Approval Of Class Action

20 Settlement filed herein October 11, 2007 (Doc. 37) and subsequently

21 amended to continue the hearing to February 5, 2008 (Doc. 39), a

22 Final Approval Hearing was held at 8:30 a.m. on February 5, 2008 in

23 Courtroom 4 of this Court.  Plaintiff, individually and on behalf

24 of all others similarly situated (collectively "plaintiffs"),

25 appeared at the hearing by telephone through class counsel, Jerry

26 Budin.  Defendants C.L. Bryant and C. Bryant Transport, Inc.

27 ("Bryant") appeared at the hearing by telephone by counsel Daniel

28 Pyne of Hopkins & Carley.  The case was called at the hearing and

1  the Court inquired whether anyone else in the courtroom was present
2  to participate in the hearing.  There was no response to this
3  inquiry.  The Court then inquired of counsel whether they expected
4  anyone to appear at the hearing.  Both counsel responded in the
5  negative.

6  Having considered Plaintiff's Memorandum Of Points And
7  Authorities and Class Counsel's Declaration In Support Of Final
8  Approval Of Class Action Settlement and the papers previously filed
9  herein, the Court makes the following Findings:

10  1.   No class member or interested individual appeared
11  personally at the time and place for the Final Approval Hearing
12  (February 5, 2008, 8:30 a.m., Courtroom 4) which was contained in
13  the Notice Of New Date For Fairness Hearing (Exhibit B attached to
14  Declaration of Jerry Budin).

15  2.   The Court finds that notice to the class was
16  the best practicable under the circumstances <u>and</u> was satisfied and
17  timely mailed as previously ordered by the Court.

18  3.   The Court finds that the consideration for the
19  proposed settlement is fair, adequate, and reasonable.

20  4.   The Court finds that there were no objections to or
21  requests for exclusion from the proposed settlement.

22  5.   The Court finds that the settlement was not
23  collusive, and that the parties have engaged in sufficient
24  discovery to understand the strengths and weaknesses of their own
25  and their opponent's cases.

26  6.   The Court finds that the lawyers representing the
27  parties were competent and experienced counsel, and that no party
28  has been subjected to any undue influence in reaching the

settlement.

7. The Court finds that the attorney's fees and costs requested by Class Counsel, Jerry Budin, in the total sum of $41,786.86 are fair and reasonable.

8. The Court finds that the formula for disbursement of the settlement proceeds to the Class and the procedure for administration of that disbursement as set forth in the Stipulation And Settlement Agreement are fair, adequate and reasonable.

9. The Court finds that a payment of $10,000.00 to Class Representative David Fuson for his efforts and services on the behalf of the Class in this litigation is fair and reasonable.

10. The Court finds that the Settlement Class members are similarly-situated and meet the requirements for certification of a class action under F.R.C.P. 23 and as a collective action under 29 U.S.C. §216(b).

IT IS HEREBY ADJUDGED AND ORDERED that:

1. The Stipulation Regarding Settlement Of Class Action is approved in full;

2. Defendants Bryant shall pay attorneys fees and costs in the total sum of $41,786.86 to class counsel, Jerry Budin, pursuant to the procedures set forth in the Stipulation;

3. Defendants Bryant shall make payments to the Settlement Class members pursuant to the procedures and formulas set forth in the Stipulation Regarding Settlement Of Class Action;

4. Defendants Bryant shall make a payment of $10,000.00 to Class Representative David Fuson for his efforts and services on behalf of the Class in this litigation;

5. This Court shall retain jurisdiction over this matter and

1  the parties for the purpose of enforcing compliance with said
2  Stipulation Regarding Settlement Of Class Action;
3       6.   Upon defendants Bryant's satisfaction of their
4  obligations under said Stipulation Regarding Settlement Of Class
5  Action and the payment of all sums pursuant thereto, plaintiff's
6  counsel shall notify the court, whereupon this matter shall be
7  dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated:   February 5, 2008**                    /s/ Lawrence J. O'Neill
                                         **UNITED STATES DISTRICT JUDGE**