```
1  Jerry N. Budin
   State Bar No. 88539
2  LAW OFFICE OF JERRY BUDIN
   2401 E. Orangeburg Ave., Suite 675-309
3  Modesto, California 95354
   Telephone: (209) 544-3030
4
   Attorney for Plaintiffs,
5  DAVID FUSON, et al.
```

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### (Fresno Division)

| | |
|---|---|
| DAVID FUSON, et al., | CASE NO. CV-F-06-0766 LJO SMS |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| C.L. BRYANT, et al., | |
| Defendants. | |

Pursuant to ¶6 of the Order and Judgment On Final Approval Of Class Action Settlement entered herein on February 5, 2008 (Doc. 43), counsel hereby notify the Court that all of the obligations under said Judgment have been satisfied and, therefore, this matter should be dismissed with prejudice.

DATED: August 25, 2008            LAW OFFICE OF JERRY BUDIN


                                  /s/ Jerry Budin
                                  Jerry Budin
                                  Attorney for Plaintiffs,
                                  DAVID FUSON, et al.

DATED: August 26, 2008                Hopkins & Carley

                                       /s/ Daniel F. Pyne
                                       DANIEL F. PYNE
                                       Attorneys for Defendants,
                                       C.L. BRYANT, et al.

**ORDER**

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice.  This case is closed.

IT IS SO ORDERED.

**Dated:   August 28, 2008**              **/s/ Lawrence J. O'Neill**
                                                    **UNITED STATES DISTRICT JUDGE**